UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PAUL SCOTT et al.,

        Plaintiff,

        Case No. 1:22-cv-730

v.

        Honorable Robert J. Jonker

HEIDI E. WASHINGTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED WITHOUT PREJUDICE** for failure to file their complaint on the form as required by this Court. *See* W.D. Mich. LCivR 5.6(a).

Dated:  September 19, 2022        /s/ Robert J. Jonker
                                                            Robert J. Jonker
                                                            United States District Judge